# EXHIBIT 13

```
NO:  X03-HHD-CV16-60607796S          :    SUPERIOR COURT

GERALYNN BOONE, ET AL                :    JUDICIAL DISTRICT
                                          OF HARTFORD

v.                                   :    AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                 :    FEBRUARY 27, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY RICK NEMEROFF
      ATTORNEY ELLEN A. PRESBY
      The Nemeroff Law Firm
      2626 Cole Avenue, Suite 450
      Dallas, Texas  75204

   Representing the Defendants:

      ATTORNEY PHYLLIS A. JONES
      ATTORNEY PAUL SCHMIDT
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103

                                 Recorded By:
                                 Tammy Mullett

                                 Transcribed By:
                                 Tammy Mullett
                                 Court Recording Monitor
                                 101 Lafayette Street
                                 Hartford, CT  06106

1   telling in the label it's even or it's no big deal,
2   it's actually a two times higher risk.  Mary Boone
3   started taking this drug in 79, turned 80, 81.  Drug
4   should never have been given to her.
5       The U.S. label limits doctors' ability to
6   adequately evaluate risk factors before prescribing
7   Pradaxa.  You will see that in this case we're going
8   to compare labels, U.S. labels and non U.S. labels.
9   U.S. labels internal documents.  And what we're going
10  to see is that in the United States they tell doctors
11  a very limited story about the kinds of people who
12  shouldn't be on this drug.  Cause if they're not on
13  this drug, they're going elsewhere.  If they're going
14  elsewhere, they're not buying the drug.
15      The U.S. label does not tell doctors about
16  patients at high risk of getting too much or too
17  little Pradaxa.  Here's an important word:
18  absorption, absorbers, how much you absorb.  You're
19  going to hear in this case that there is a class of
20  people that Boehringer knew about, super absorbers,
21  people who get too much of this drug.  Let me tell
22  you what happens when you get too much Pradaxa in
23  your bleed:  you bleed.  Too much of an anticoagulant
24  means you bleed too much.  Don't get enough, you
25  could have a risk of stroke.  They know that there is
26  people out there, they know there's a way to tell who
27  these super absorbers are and under absorbers, and

```
NO:  X03-HHD-CV16-60607796S      :   SUPERIOR COURT

GERALYNN BOONE, ET AL            :   JUDICIAL DISTRICT
                                     OF HARTFORD

v.                               :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM             :   FEBRUARY 27, 2018
PHARMACEUTICALS, INC., ET AL
```

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 27th day of February, 2018.

    Dated this 28th day of February, 2018, in Hartford, Connecticut.

    \_\_\_\_\_Tammy Mullett_____
    Tammy Mullett
    Court Recording Monitor