# EXHIBIT 14

```
NO:  X03-HHD-CV16-6067796S          :   SUPERIOR COURT

GERALYNN BOONE, ET AL               :   JUDICIAL DISTRICT
                                        OF HARTFORD

v.                                  :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                :   MARCH 15, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY ELLEN A. PRESBY
      ATTORNEY RICK NEMEROFF
      ATTORNEY KELLY KOEHLER
      The Nemeroff Law Firm
      Hillcrest Tower
      12720 Hillcrest Road, Suite 700
      Dallas, Texas   75230

      ATTORNEY C. ANDREW CHILDERS
      Childers, Schlueter & Smith, LLC
      1932 North Druid Hills Road/Suite 100
      Atlanta, Georgia  30319

   Representing the Defendants:

      ATTORNEY PAUL SCHMIDT
      ATTORNEY PHYLLIS A. JONES
      ATTORNEY MICHAEL X. IMBROSCIO
      ATTORNEY GREGORY HALPERIN
      ATTORNEY NICHOLAS HAILEY
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103

                              Recorded By:
                              Tammy Mullett

                              Transcribed By:
                              Tammy Mullett
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

1    A    Yes, I see that.
2    Q    And that's what Boehringer believes to be true.
3  Correct?
4    A    That's what we negotiated with the regulatory
5  agencies.
6    Q    Sir, this is the company core datasheet.  Correct?
7    A    Yes.
8    Q    This is not a regulatory document.  Correct?
9    A    It guides our regulatory interactions.
10   Q    But this is drafted entirely by Boehringer Ingelheim.
11   A    It's an internal document, yes.
12   Q    Correct.  And in in this internal document you agree
13 with me that Boehringer Ingelheim says that patients over
14 the age of 80 should get a dose lower than 150 milligrams
15 twice daily of Pradaxa.
16   A    Yes.
17   Q    Do you agree with me that Boehringer Ingelheim does
18 not tell doctors in the United States that patients over the
19 age of 80 should get a dose of Pradaxa lower than 150
20 milligrams?
21   A    The prescribing information in the United States does
22 not allow such a statement.
23   Q    My question, sir, simply is do you agree with me that
24 Boehringer Ingelheim nowhere tells doctors in the United
25 States that the 150 milligram dose twice daily may be too
26 much for a patient over the age of 80?
27   A    We recommend the 150 twice daily dose for all

```
 1      A    Correct.
 2      Q    And then it also says DVT/PE.  Correct?
 3      A    You're looking at under indications on page 59?
 4      Q    No, sir, I'm looking on page 60.  And you can look on
 5   the screen too if that helps you to orient yourself.
 6      A    Yeah, I just want to -- those are subheadings, those
 7   are not indications.
 8      Q    And I only asked you if you saw the heading called
 9   elderly.
10      A    Right.  Got it.
11      Q    Okay.  And next to elderly it says this is for
12   patients who are taking it for atrial fibrillation and for
13   patients who are taking it for DVT and PE prevention.
14   Correct?
15      A    Yes.
16      Q    Okay.  In the first paragraph do you see that it
17   starts that patients between 75 and 80 years should be
18   treated with a daily dose of 300 milligrams taken as one 150
19   milligram twice daily and then goes on to say a dose of 220
20   milligrams taken as one 110 milligram capsule twice daily
21   can be individually considered at the discretion of the
22   physician when the thromboembolic risk is low and the
23   bleeding risk is high?  Do you see that?
24      A    Yes, that's what we negotiated with the EMA.
25      Q    Did you negotiate with EMA, Doctor?
26      A    On the label.
27      Q    You did personally?
```

1    A    I was personally involved in the revisions of the
2    label.
3    Q    Okay.  And this particular information that's
4    contained in the label your company believes to be accurate.
5    Correct?
6    A    In the European environment as negotiated with the
7    European Medicine Agency.
8    Q    That's not my question, Doctor.  Does your company
9    believe that the information that is in this label is
10   accurate or not?
11   A    Yes, we believe there is some possibility to make
12   decisions on dosing.
13   Q    In fact, you tell the physicians use your discretion,
14   you weigh the risk and benefit of the stroke and bleed in a
15   patient and you decide what particular dose you're going to
16   give.  Correct?
17   A    Yes.  This decision was, I'll say, made for us by the
18   FDA.
19   Q    Doctor, does your company not believe what they're
20   telling physicians in other countries?
21   A    I think that's a -- it's a valid statement.
22   Q    Okay.  And the valid statement is you give some
23   discretion to physicians as to what dose they're going to
24   give their patient.  Right?
25   A    Yes, we're allowed to do that in the EU; we're not
26   allowed to do that in the U.S.
27   Q    Have you ever -- Doctor, you're not involved in label

| | | |
|---|---|---|
| NO:  X03-HHD-CV16-6067796S | : | SUPERIOR COURT |
| GERALYNN BOONE, ET AL | : | JUDICIAL DISTRICT OF HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL | : | MARCH 15, 2018 |

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 15th day of March, 2018.

     Dated this 16th day of March, 2018, in Hartford, Connecticut.

                                  _____Tammy Mullett_____
                                  Tammy Mullett
                                  Court Recording Monitor