# EXHIBIT 19

```
NO:  X03-HHD-CV16-6067796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   MARCH 15, 2018
PHARMACEUTICALS, INC., ET AL
```

                        AFTERNOON SESSION

        BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
                         AND A JURY


A P P E A R A N C E S:

   Representing the Plaintiffs:

       ATTORNEY NEAL L. MOSKOW
       Ury & Moskow, LLC
       883 Black Rock Turnpike
       Fairfield, Connecticut  06825

       ATTORNEY RICK NEMEROFF
       ATTORNEY ELLEN A. PRESBY
       ATTORNEY KELLY KOEHLER
       The Nemeroff Law Firm
       Hillcrest Tower
       12720 Hillcrest Road, Suite 700
       Dallas, Texas  75230

       ATTORNEY C. ANDREW CHILDERS
       Childers, Schlueter & Smith, LLC
       1932 North Druid Hills Road/Suite 100
       Atlanta, Georgia  30319

   Representing the Defendants:

       ATTORNEY PAUL SCHMIDT
       ATTORNEY PHYLLIS A. JONES
       ATTORNEY MICHAEL X. IMBROSCIO
       ATTORNEY GREGORY HALPERIN
       ATTORNEY NICHOLAS HAILEY
       Covington & Burling LLP
       One City Center
       850 Tenth Street, National Waste
       Washington, DC  20001

       ATTORNEY PATRICK FAHEY
       Shipman & Goodwin
       One Constitution Plaza
       Hartford, Connecticut  06103


                              Recorded and Transcribed By:
                              Amanda Kizis
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

1  before today you were aware that Dr. Eikelboom had changed
2  the dose of Pradaxa for some of his patients based on
3  measuring their plasma concentration.  Correct?
4      A   I recall being pretty vague about what exactly I
5  remember, but this may have come up.  I see that the
6  publication is two years old so it was quite a while ago.
7      Q   My question is just what you know that Dr. Eikelboom
8  has done from your interactions with him or whatever
9  knowledge you came into this courtroom with today.  You knew
10 that he had checked blood levels in some of his patients and
11 changed their dose of Pradaxa as a result.  Correct?
12     A   I didn't know that a hundred percent, no.
13     Q   Okay.  Did you testify earlier -- I'm sorry.  I think
14 I recall you saying earlier that the 110 milligram dose has
15 not been approve by FDA despite your multiple attempts to do
16 so.  Is that correct?
17     A   Correct.
18     Q   But that's not the whole story, is it, doctor?
19     A   I'm not sure what you mean.
20             ATTY. CHILDERS:  Can we have a sidebar, Your
21         Honor?
22             THE COURT:  Let me see you in the hallway.
23             (Sidebar.)
24             THE COURT:  All right.  Members of the jury, as
25         I told you previously, when we sidebar in the hallway
26         it's with all lawyers and they're just taking their
27         time to get back.  So I don't want you to think I'm

1        conversing with one side only; I never to that.
2              All right.  Attorney Childers, we'll go for
3        about ten more minutes so when you get to a natural
4        stopping point.
5              ATTY. CHILDERS:  Thank you, Your Honor.
6  BY ATTY. CHILDERS:
7     Q   If we could just put back up Exhibit 63.  You were
8  asked some questions by Mr. Schmidt about the protocol in
9  the diversity trial.  Do you recall that?
10    A   Yes.
11    Q   And if we could blow up -- I'm sorry, I may have -- I
12 may have asked for the wrong page.  I'm sorry.  If we could
13 go to section 4.1.3, I think it's back a couple of pages.
14 4.1.3, there it is.  Okay.  And the larger paragraph down
15 toward the bottom of the page.  Yes.  Thank you.
16        Doctor, I just want to make sure that we're clear
17 here.  You testified that in children the bleeding risk was
18 minimal or negligent.  Is that correct?
19    A   No, much lower than in patients over 80 years of age.
20    Q   Okay.  But still there's a bleeding risk.  Correct?
21    A   Yes.
22    Q   And that's why you had to have an upper end on your
23 range for the plasma concentration.
24    A   Yes.
25    Q   And the way that you decided what you were going to
26 do to select that range is look directly at the data that
27 you had from the RE-LY trial.  Correct?

| | | |
|---|---|---|
| NO:  X03-HHD-CV16-6067796S | : | SUPERIOR COURT |
| GERALYNN BOONE, ET AL | : | JUDICIAL DISTRICT OF HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL | : | MARCH 15, 2018 |

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 15th day of March, 2018.

    Dated this 16th day of March, 2018, in Hartford, Connecticut.

                                 ___Amanda Kizis_____
                                 Amanda Kizis
                                 Court Recording Monitor