# EXHIBIT 20

```
NO:  X03-HHD-CV16-60607796S       :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   FEBRUARY 27, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY RICK NEMEROFF
      ATTORNEY ELLEN A. PRESBY
      The Nemeroff Law Firm
      2626 Cole Avenue, Suite 450
      Dallas, Texas  75204

   Representing the Defendants:

      ATTORNEY PHYLLIS A. JONES
      ATTORNEY PAUL SCHMIDT
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103

                          Recorded By:
                          Tammy Mullett

                          Transcribed By:
                          Tammy Mullett
                          Court Recording Monitor
                          101 Lafayette Street
                          Hartford, CT  06106

```
 1              THE COURT:  Try to finalize that by the end of
 2         the day.
 3              ATTY. PRESBY:  Thank you, Your Honor.
 4              THE COURT:  Obviously openings are limited to
 5         one hour each side.
 6              Attorney Presby.
 7              ATTY. PRESBY:  I can send the Court now -- I can
 8         send to Attorney Sia the version that we have, if
 9         that'll be helpful for the court reporter today.
10              ATTY. SCHMIDT:  And we have no objection to that
11         if the definitions are taken out.
12              ATTY. PRESBY:  That I can't do.
13              THE COURT:  Well, have one of your people print
14         it out and provide to the court monitor at some
15         point.  All right?
16              ATTY. PRESBY:  Yes, Your Honor.
17              ATTY. MOSKOW:  We're on top of it, Judge.
18              THE COURT:  All right.  This morning we had a
19         chambers conference which included the possibility,
20         which the Court accepts, of giving the jury a
21         limiting instruction after the opening statements.
22         The Court has drafted such instruction and would
23         propose the following, so please let me know if
24         either side disagrees with any part of this draft:
25         During the opening statements you heard reference to
26         a 110 milligram dose of Pradaxa.  For reasons that
27         are not relevant to this trial, a 110 milligram dose
```

```
 1          has not been approved by the FDA in the United
 2          States.  You shall not speculate as to why the 110
 3          milligram dose is not available in the United States.
 4
 5               ATTY. MOSKOW:  That's acceptable to the
 6          plaintiff, Your Honor.
 7               THE COURT:  All right.
 8               ATTY. JONES:  It's also acceptable to us, Your
 9          Honor.
10               THE COURT:  Okay.
11               ATTY. JONES:  Thank you.
12               THE COURT:  All right.  Any other preliminary
13          matters before the jury is out?
14               I'm sorry, Attorney Nemeroff?
15               ATTY. NEMEROFF:  I'm talking to myself.  I'm
16          just making sure I don't say the thing that we
17          kept -- sorry -- we kept talking about the thing not
18          to say so I'm trying to not say the 110 thing.
19               THE COURT:  Okay.
20               ATTY. NEMEROFF:  So I apologize.
21               THE COURT:  That's all right.
22               All right.  Attorney Sia, if you would retrieve
23          the jury, please.
24               (Jury panel enters.)
25               THE COURT:  All right.  Good morning, members of
26          the jury.  Everyone may be seated.
27               All right.  Good morning.  My name is Judge
```

```
NO:  X03-HHD-CV16-60607796S        :    SUPERIOR COURT

GERALYNN BOONE, ET AL              :    JUDICIAL DISTRICT
                                        OF HARTFORD

v.                                 :    AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM               :    FEBRUARY 27, 2018
PHARMACEUTICALS, INC., ET AL
```

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 27th day of February, 2018.

     Dated this 28th day of February, 2018, in Hartford, Connecticut.

                                                \_\_\_\_\_Tammy Mullett_____
                                              Tammy Mullett
                                              Court Recording Monitor