# EXHIBIT 7

```
HHD CV16-6067874-S                    :    SUPERIOR COURT FOR THE

MARY LOU GALLAM                       :    HARTFORD JD

v.                                    :    AT HARTFORD

BOEHRINGER INGELHEIM                  :    APRIL 20, 2018
PHARMACEUTICALS, INC., et al


         B E F O R E

              THE HONORABLE LISA MORGAN, JUDGE,
                        AND A JURY

         A P P E A R A N C E S

         FOR THE PLAINTIFF:
              URY & MOSKOW, LLC
              833 BLACK ROCK TURNPIKE
              FAIRFIELD, CT
                   BY: NEAL MOSKOW, ESQ
              FERRER POIROT, PC
              2100 RIVEREDGE PKY #1025
              ATLANTA, GA
                   BY: RUSSELL ABNEY, PHV
              CHILDERS SCHLUTER
              1932 NORTH DRUID HILLS #100
              ATLANTA, GA
                   BY: ANDREW CHILDERS, PHV

         FOR THE DEFENDANT:
              COVINGTON & BURLING, LLP
              ONE CITY CENTER
              850 TENTH STREET NW
              WASHINGTON, DC
                   BY: PHYLLIS JONES, PHV
                       MICHAEL IMBROSCIO, PHV
              BUTLER SNOW
              1020 HIGHLAND COLONY PKY
              RIDGELAND, MS
                   BY: ORLANDO RICHMOND, PHV

              SHIPMAN & GOODWIN
              ONE CONSTITUTION PLAZA
              HARTFORD, CT
                   BY: PATRICK FAHEY, ESQ


                                          JOHN McILHONEY
                                          COURT MONITOR
```

1    A    The FDA's saying that?

2    Q    Yes.

3    A    Yes, I have seen them say that.

4    Q    And having reviewed the data, this blood plasma data,

5    concentration data, exposure data, the FDA concluded that

6    routine monitoring was not required.  Correct?

7    A    I need you to be more specific.  Are you talking about

8    the data submitted as part of the approval package or are you

9    talking about the Reilly paper?

10   Q    No.  I'm not -- we're not even at the Reilly paper

11   yet.  I mean as part of the approval --

12   A    Okay.  That's fine.  I just want to -- I'm sorry.

13   Q    -- process?

14   A    I just want to make sure we were on the same page.  So

15   you're correct, they did -- they -- that is true.

16              ATTY. RICHMOND:  All right.  I'm very close to

17         a considerable change in direction at this point.

18              THE COURT:  Okay.  Ladies and gentlemen, we'll

19         take our morning recess now.  Remind you you cannot

20         talk with one another about the case.  And we'll be

21         back in session in 15 minutes.

22   (WHEREUPON THE COURT STANDS IN RECESS FROM 11:23 TO 11:43.)

23              (WHEREUPON THE JURY ENTERS THE COURTROOM.)

24              THE COURT:   Welcome back, ladies and

25         gentlemen.  Please have a seat.  The record

26         reflects that all six jurors and the two alternates

27         are present.  We're going to continue with the