# EXHIBIT 12

```
NO:  X03-HHD-CV16-60607796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL              :   JUDICIAL DISTRICT
                                       OF HARTFORD

v.                                 :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM               :   FEBRUARY 27, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

       ATTORNEY NEAL L. MOSKOW
       Ury & Moskow, LLC
       883 Black Rock Turnpike
       Fairfield, Connecticut  06825

       ATTORNEY RICK NEMEROFF
       ATTORNEY ELLEN A. PRESBY
       The Nemeroff Law Firm
       2626 Cole Avenue, Suite 450
       Dallas, Texas  75204

   Representing the Defendants:

       ATTORNEY PHYLLIS A. JONES
       ATTORNEY PAUL SCHMIDT
       Covington & Burling LLP
       One City Center
       850 Tenth Street, National Waste
       Washington, DC  20001

       ATTORNEY PATRICK FAHEY
       Shipman & Goodwin
       One Constitution Plaza
       Hartford, Connecticut  06103


                              Recorded By:
                              Tammy Mullett

                              Transcribed By:
                              Tammy Mullett
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

1      telling in the label it's even or it's no big deal,
2      it's actually a two times higher risk.  Mary Boone
3      started taking this drug in 79, turned 80, 81.  Drug
4      should never have been given to her.
5           The U.S. label limits doctors' ability to
6      adequately evaluate risk factors before prescribing
7      Pradaxa.  You will see that in this case we're going
8      to compare labels, U.S. labels and non U.S. labels.
9      U.S. labels internal documents.  And what we're going
10     to see is that in the United States they tell doctors
11     a very limited story about the kinds of people who
12     shouldn't be on this drug.  Cause if they're not on
13     this drug, they're going elsewhere.  If they're going
14     elsewhere, they're not buying the drug.
15          The U.S. label does not tell doctors about
16     patients at high risk of getting too much or too
17     little Pradaxa.  Here's an important word:
18     absorption, absorbers, how much you absorb.  You're
19     going to hear in this case that there is a class of
20     people that Boehringer knew about, super absorbers,
21     people who get too much of this drug.  Let me tell
22     you what happens when you get too much Pradaxa in
23     your bleed:  you bleed.  Too much of an anticoagulant
24     means you bleed too much.  Don't get enough, you
25     could have a risk of stroke.  They know that there is
26     people out there, they know there's a way to tell who
27     these super absorbers are and under absorbers, and

| | | |
|---|---|---|
| NO:  X03-HHD-CV16-60607796S | : | SUPERIOR COURT |
| GERALYNN BOONE, ET AL | : | JUDICIAL DISTRICT OF HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL | : | FEBRUARY 27, 2018 |

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 27th day of February, 2018.

     Dated this 28th day of February, 2018, in Hartford, Connecticut.

                                      _____Tammy Mullett_____
                                      Tammy Mullett
                                      Court Recording Monitor