# EXHIBIT 13

```
NO:  X03-HHD-CV16-6067796S          :  SUPERIOR COURT

GERALYNN BOONE, ET AL               :  JUDICIAL DISTRICT
                                       OF HARTFORD

v.                                  :  AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                :  MARCH 15, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

       ATTORNEY NEAL L. MOSKOW
       Ury & Moskow, LLC
       883 Black Rock Turnpike
       Fairfield, Connecticut  06825

       ATTORNEY ELLEN A. PRESBY
       ATTORNEY RICK NEMEROFF
       ATTORNEY KELLY KOEHLER
       The Nemeroff Law Firm
       Hillcrest Tower
       12720 Hillcrest Road, Suite 700
       Dallas, Texas  75230

       ATTORNEY C. ANDREW CHILDERS
       Childers, Schlueter & Smith, LLC
       1932 North Druid Hills Road/Suite 100
       Atlanta, Georgia  30319

   Representing the Defendants:

       ATTORNEY PAUL SCHMIDT
       ATTORNEY PHYLLIS A. JONES
       ATTORNEY MICHAEL X. IMBROSCIO
       ATTORNEY GREGORY HALPERIN
       ATTORNEY NICHOLAS HAILEY
       Covington & Burling LLP
       One City Center
       850 Tenth Street, National Waste
       Washington, DC  20001

       ATTORNEY PATRICK FAHEY
       Shipman & Goodwin
       One Constitution Plaza
       Hartford, Connecticut  06103

                               Recorded By:
                                 Tammy Mullett

                               Transcribed By:
                               Tammy Mullett
                               Court Recording Monitor
                               101 Lafayette Street
                               Hartford, CT  06106

1    A    Yes, I see that.
2    Q    And that's what Boehringer believes to be true.
3  Correct?
4    A    That's what we negotiated with the regulatory
5  agencies.
6    Q    Sir, this is the company core datasheet.  Correct?
7    A    Yes.
8    Q    This is not a regulatory document.  Correct?
9    A    It guides our regulatory interactions.
10   Q    But this is drafted entirely by Boehringer Ingelheim.
11   A    It's an internal document, yes.
12   Q    Correct.  And in in this internal document you agree
13  with me that Boehringer Ingelheim says that patients over
14  the age of 80 should get a dose lower than 150 milligrams
15  twice daily of Pradaxa.
16   A    Yes.
17   Q    Do you agree with me that Boehringer Ingelheim does
18  not tell doctors in the United States that patients over the
19  age of 80 should get a dose of Pradaxa lower than 150
20  milligrams?
21   A    The prescribing information in the United States does
22  not allow such a statement.
23   Q    My question, sir, simply is do you agree with me that
24  Boehringer Ingelheim nowhere tells doctors in the United
25  States that the 150 milligram dose twice daily may be too
26  much for a patient over the age of 80?
27   A    We recommend the 150 twice daily dose for all

1     A    Correct.

2     Q    And then it also says DVT/PE.  Correct?

3     A    You're looking at under indications on page 59?

4     Q    No, sir, I'm looking on page 60.  And you can look on
5  the screen too if that helps you to orient yourself.

6     A    Yeah, I just want to -- those are subheadings, those
7  are not indications.

8     Q    And I only asked you if you saw the heading called
9  elderly.

10    A    Right.  Got it.

11    Q    Okay.  And next to elderly it says this is for
12 patients who are taking it for atrial fibrillation and for
13 patients who are taking it for DVT and PE prevention.
14 Correct?

15    A    Yes.

16    Q    Okay.  In the first paragraph do you see that it
17 starts that patients between 75 and 80 years should be
18 treated with a daily dose of 300 milligrams taken as one 150
19 milligram twice daily and then goes on to say a dose of 220
20 milligrams taken as one 110 milligram capsule twice daily
21 can be individually considered at the discretion of the
22 physician when the thromboembolic risk is low and the
23 bleeding risk is high?  Do you see that?

24    A    Yes, that's what we negotiated with the EMA.

25    Q    Did you negotiate with EMA, Doctor?

26    A    On the label.

27    Q    You did personally?

1   A   I was personally involved in the revisions of the
2  label.
3   Q   Okay.  And this particular information that's
4  contained in the label your company believes to be accurate.
5  Correct?
6   A   In the European environment as negotiated with the
7  European Medicine Agency.
8   Q   That's not my question, Doctor.  Does your company
9  believe that the information that is in this label is
10 accurate or not?
11  A   Yes, we believe there is some possibility to make
12 decisions on dosing.
13  Q   In fact, you tell the physicians use your discretion,
14 you weigh the risk and benefit of the stroke and bleed in a
15 patient and you decide what particular dose you're going to
16 give.  Correct?
17  A   Yes.  This decision was, I'll say, made for us by the
18 FDA.
19  Q   Doctor, does your company not believe what they're
20 telling physicians in other countries?
21  A   I think that's a -- it's a valid statement.
22  Q   Okay.  And the valid statement is you give some
23 discretion to physicians as to what dose they're going to
24 give their patient.  Right?
25  A   Yes, we're allowed to do that in the EU; we're not
26 allowed to do that in the U.S.
27  Q   Have you ever -- Doctor, you're not involved in label

```
NO:  X03-HHD-CV16-6067796S          :   SUPERIOR COURT

GERALYNN BOONE, ET AL               :   JUDICIAL DISTRICT
                                        OF HARTFORD

v.                                  :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                :   MARCH 15, 2018
PHARMACEUTICALS, INC., ET AL
```

C E R T I F I C A T I O N

    I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 15th day of March, 2018.

    Dated this 16th day of March, 2018, in Hartford, Connecticut.

                              _____Tammy Mullett_____
                              Tammy Mullett
                              Court Recording Monitor