# EXHIBIT 14

```
HHD CV16-6067874-S                    :    SUPERIOR COURT FOR THE

MARY LOU GALLAM                       :    HARTFORD JD

v.                                    :    AT HARTFORD

BOEHRINGER INGELHEIM                  :    MAY 4, 2018
PHARMACEUTICALS, INC., et al
```

B E F O R E

    THE HONORABLE LISA MORGAN, JUDGE,
         AND A JURY

A P P E A R A N C E S

FOR THE PLAINTIFF:
    URY & MOSKOW, LLC
    833 BLACK ROCK TURNPIKE
    FAIRFIELD, CT
        BY: NEAL MOSKOW, ESQ
    FERRER POIROT, PC
    2100 RIVEREDGE PKY #1025
    ATLANTA, GA
        BY: RUSSELL ABNEY, PHV
    CHILDERS SCHLUTER
    1932 NORTH DRUID HILLS #100
    ATLANTA, GA
        BY: ANDREW CHILDERS, PHV

FOR THE DEFENDANT:
    COVINGTON & BURLING, LLP
    ONE CITY CENTER
    850 TENTH STREET NW
    WASHINGTON, DC
        BY: PHYLLIS JONES, PHV
           MICHAEL IMBROSCIO, PHV
    BUTLER SNOW
    1020 HIGHLAND COLONY PKY
    RIDGELAND, MS
        BY: ORLANDO RICHMOND, PHV

    SHIPMAN & GOODWIN
    ONE CONSTITUTION PLAZA
    HARTFORD, CT
        BY: PATRICK FAHEY, ESQ

                                        JOHN McILHONEY
                                        COURT MONITOR

1        the world, might be too much.
2            What do they say here?  We don't ever need to
3        address the Pradaxa level.  And then they'll
4        quibble about the fact that, well, we tried to get
5        FDA to allow us to say you can check it when the
6        patient's already bleeding.  Why would you want to
7        check it when they're already bleeding?  You want
8        to prevent the bleed.  How do we prevent the bleed?
9        Check it beforehand.  Know that the risk is too
10       high.  Exactly what they tell doctors everywhere
11       else.  If you think your patient may have a high
12       plasma level, high Pradaxa level, this is the blood
13       test.
14           What do they tell doctors here?  Certainly
15       don't tell them how to measure Pradaxa levels.
16       What do they tell doctors everywhere else?  Here
17       are three different tests you can use.  And here
18       are the results that if you get, this is a red flag
19       that your patient had too much Pradaxa in their
20       system.
21           The label in the U.S. doesn't even mention
22       what high exposure is.  What would be high
23       exposure, excessive dibigatran exposure?  You saw
24       it in their internal document.  They know there's
25       an excessive dibigatran exposure level, but they
26       don't tell doctors in the U.S.  What is it?  It's
27       200 ng/ml.  How do we know that?  They say it

1          everywhere else in the rest of the world.
2                What do they dell doctors here?  Asprin
3          increases your risk of bleeding.  But they don't
4          tell them how much.  In Europe they give them the
5          actual information.  If you're on the 81 milligram
6          dose, 50 percent increase; if you're on the 325
7          dose, like Ms. Gallam was, it doubles your risk.
8          They got up and said, Look, we tried to tell FDA
9          that.  You guys remember that.  What did they try
10         to tell FDA?  Any dose of asprin doubles your risk.
11         Why did FDA strike that?  Because it was wrong.
12               They didn't come in and say, Well, we
13         reproposed it to give the right information, the
14         exact information they give everybody else in the
15         rest of the world.  Because they didn't.  They
16         never did that.
17               They failed to disclose in the U.S. that
18         Pradaxa levels are higher for female patients.  And
19         they failed to disclose here that SSRIs increases
20         the bleed risk for a patient on Pradaxa.  SSRIs
21         include Zoloft.  In Europe they tell doctors
22         females have a 30 percent higher Pradaxa level and
23         they tell them specifically.  The patient's on SSRI
24         that will increase their bleeding risk.  We went
25         back and forth.
26               You saw this with Russ and Dr. Zei.  What do
27         you use to measure kidney function?  And you saw

HHD CV16-6067874-S

MARY LOU GALLAM

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al

## C E R T I F I C A T I O N

    I hereby certify that the foregoing is a true and accurate transcript of the recording of the above-entitled hearing before the Honorable Lisa Morgan, Judge of the Superior Court for the Hartford Judicial District, and a jury, at Hartford, on the 4th day of May, 2018.

    Dated this 7th day of May, 2018, in Hartford, Connecticut.

_____

John McIlhoney, Court Monitor