# EXHIBIT 15

```
NO:  X03-HHD-CV16-6067796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   MARCH 9, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY


A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY ELLEN A. PRESBY
      ATTORNEY RICK NEMEROFF
      ATTORNEY KELLY KOEHLER
      The Nemeroff Law Firm
      Hillcrest Tower
      12720 Hillcrest Road, Suite 700
      Dallas, Texas  75230

      ATTORNEY C. ANDREW CHILDERS
      Childers, Schlueter & Smith, LLC
      1932 North Druid Hills Road/Suite 100
      Atlanta, Georgia  30319

   Representing the Defendants:

      ATTORNEY PAUL SCHMIDT
      ATTORNEY PHYLLIS A. JONES
      ATTORNEY MICHAEL X. IMBROSCIO
      ATTORNEY GREGORY HALPERIN
      ATTORNEY NICHOLAS HAILEY
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103


                              Recorded By:
                              Tammy Mullett

                              Transcribed By:
                              Tammy Mullett
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

```
 1              THE COURT:  All right.  The witness can step
 2         down.
 3              All right.  Is the plaintiff ready to call her
 4         next witness?
 5              ATTY. MOSKOW:  Yes, Your Honor.  The plaintiff
 6         will call Michelle Kliewer, an employee of
 7         Boehringer, by way of a videotape.
 8              THE COURT:  Okay.
 9              (Videotaped deposition played of Michelle
10         Kliewer.)
11              THE COURT:  All right.  Let's stop the video
12         there.
13              All right.  We'll break now for lunch.
14              Members of the jury, we'll have our lunch recess
15         until two o'clock.  You can leave your notepads on
16         your chairs.  Remember of course the rules of juror
17         conduct.  Don't discuss anything regarding the case
18         or anyone involved in it with anyone, including one
19         another.  Make sure you don't do any research, et
20         cetera.  Don't text your reactions to anyone, et
21         cetera.  So you can make your way into the jury room
22         at this time.
23              The Court will stand in recess until two
24         o'clock.
25              (Luncheon recess taken.)
26      *                    *                            *
27 *denotes phonetic spelling
```

| | | |
|---|---|---|
| NO:  X03-HHD-CV16-6067796S | : | SUPERIOR COURT |
| GERALYNN BOONE, ET AL | : | JUDICIAL DISTRICT OF HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL | : | MARCH 9, 2018 |

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 9th day of March, 2018.

     Dated this 13th day of March, 2018, in Hartford, Connecticut.

                                         _____Tammy Mullett_____
                                         Tammy Mullett
                                         Court Recording Monitor