# EXHIBIT 3

NO: CPL-HHDCV16-6067874-S : SUPERIOR COURT

GALLAM, MARY LOU : JUDICIAL DISTRICT HARTFORD

v. : AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. ET AL : APRIL 19, 2018

**(AFTERNOON SESSION ONLY)**

BEFORE THE HONORABLE LISA MORGAN, JUDGE

A P P E A R A N C E S:

Representing the Plaintiff:

ATTORNEY NEAL MOSKOW
Uri & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT. 06825

ATTORNEY RUSSELL ABNEY
Ferrer, Poirot, Wansbrough,
Feller, Daniel, Abney & Linville
2100 River Edge Parkway Suite 720
Atlanta, GA. 30328

ATTORNEY C. ANDREW CHILDERS
Childers, Schlueter & Smith, LLC.
1932 N. Druid Hills #100
Atlanta, GA. 30319

Representing the Defendant:

ATTORNEY PHYLLIS A. JONES
ATTORNEY DAVID SNEED
Covington & Burling, LLP.
850 Tenth Street, NW
Washington, DC. 20001

ATTORNEY ORLANDO R. RICHMOND, SR.
Butler Snow, LLP.
1020 Highland Colony Parkway Suite 140
Ridgeland, MS. 39158

ATTORNEY MICHAEL IMBROSCIO
One City Center
850 Tenth Street, NW
Washington, D.C. 20001

Recorded By:
Selvyn Valencia

Transcribed By:
Selvyn Valencia
Court Recording Monitor
101 Lafayette Street
Hartford, CT. 0610

U.S. label of not putting together all of the information that had to do with increased risk pools. The idea that if you have a patient who is a female and you say there's no clinical significant, but yet if you put that together with other issues like P-gp inhibitor use and renal function that that is another -- there's -- all of those have to do with increasing exposure. So, generally, there's a lack of information in a label that, I believe, allows doctors to understand the important of assessing exposure and relating that to your patient to reduce the risk of -- and preventing bleeds before they actually occur.

Q Do you have an opinion as to whether Boehringer properly instructs physicians as to how to identify patient at an excessive risk of bleeding in the United State?

A Yes, I do.

Q And what is that opinion?

A That they do not provide that instruction.

Q Do you have an opinion as to whether Boehringer has misrepresented the true safety profile of Pradaxa to the medical community in failing to communicate the need to assess Pradaxa patient's blood concentration to ensure safe and effective use of the product?

A Yes, I do.

Q And what is that opinion?

A I believe that they should be providing that information. It's important information to be able to understand that this exposure assessment is a critical piece

of safety information to prevent bleeding.

Q Do you have an opinion as to whether Boehringer has misrepresented the true safety profile of Pradaxa to the medical community in failing to identify a therapeutic range in the U.S. label?

A Yes.

Q And why is that?

A Because, again, that by failing to tell doctors that there is a range that can be targeted, they're not allowing physicians to make the best choice for their patient. Especially, when they have patients with multipole risk factors, which they do list in the label, but again, there is not enough information there to be able to able to put that together with an exposure tool to actually apply it to patients on an individual basis.

Q And do you have an opinion as to whether Boehringer properly developed tools to assess patient Pradaxa levels as it relates to the therapeutic range you've previously discussed?

A Yes, I do.

Q And what is that opinion?

A That they did not. We went through some of that evidence today. You know, there is -- there is an assay that they could have developed earlier, and then an assay that's used in other places, but isn't available here. That could happen. And, in addition there are labs that can do the tests, if they will just tell doctors that as well.

Q What if any opinion do you hold with regard to whether the Pradaxa label, as a whole, is adequate to communicate the magnitude of the bleeding risk for patient who are, for example, female on a P-gp inhibitor and are also taking aspirin?

A So I have an opinion?

Q Yes.

A Yes, I do.

Q And what is that opinion?

A That they don't provide the ability for a doctor to put that together into a risk profile for the patient.

ATTY. MOSCOW: That's all the questions I have for you. I appreciate your patients as I stumbled through a lot of pronunciations. Thank you.

THE WITNESS: Thank you.

THE COURT: Thank you, Attorney Moscow. We'll begin now with cross examination.

ATTY. RICHMOND: Thank you, Your Honor. It'll just take me a second to set up and work out the configuration.

THE COURT: Thank you. Is there a second exhibits book, or will we be using one that previously?

ATTY. RICHMOND: No, Your Honor. I'll be handing up exhibits as we go.

THE COURT: Thank you.

**(PAUSE)**

| | | |
|---|---|---|
| NO: HHDCV16-6067874-S | : | SUPERIOR COURT |
| GALLAM, MARY LOU | : | JUDICIAL DISTRICT HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. ET AL | : | APRIL 19, 2018 |

C E R T I F I C A T I O N

I hereby certify that the foregoing pages are a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Hartford, Connecticut, before the Honorable Lisa Morgan, Judge on the 19th day of April 2018.

Dated this 20th of April 2018 in Hartford, Connecticut.

_______________________________
Selvyn Valencia
Court Recording Monitor