# EXHIBIT 4

```
HHD CV16-6067874-S                    :    SUPERIOR COURT FOR THE

MARY LOU GALLAM                       :    HARTFORD JD

v.                                    :    AT HARTFORD

BOEHRINGER INGELHEIM                  :    APRIL 19, 2018
PHARMACEUTICALS, INC., et al
```

**(MORNING SESSION ONLY)**

B E F O R E

    THE HONORABLE LINDA MORGAN, JUDGE,
           AND A JURY

A P P E A R A N C E S

<u>FOR THE PLAINTIFF</u>:
    URY & MOSKOW, LLC
    833 BLACK ROCK TURNPIKE
    FAIRFIELD, CT
        BY: NEAL MOSKOW, ESQ
    FERRER POIROT, PC
    2100 RIVEREDGE PKY #1025
    ATLANTA, GA
        BY: RUSSELL ABNEY, PHV
    CHILDERS SCHLUTER
    1932 NORTH DRUID HILLS #100
    ATLANTA, GA
        BY: ANDREW CHILDERS, PHV

<u>FOR THE DEFENDANT</u>:
    COVINGTON & BURLING, LLP
    ONE CITY CENTER
    850 TENTH STREET NW
    WASHINGTON, DC
        BY: PHYLLIS JONES, PHV
           MICHAEL IMBROSCIO, PHV
    BUTLER SNOW
    1020 HIGHLAND COLONY PKY
    RIDGELAND, MS
        BY: ORLANDO RICHMOND, PHV

    SHIPMAN & GOODWIN
    ONE CONSTITUTION PLAZA
    HARTFORD, CT
        BY: PATRICK FAHEY, ESQ

                                        JOHN McILHONEY
                                        COURT MONITOR

1    shared with regulatory authorities and with -- and with

2    physicians.  The marketing issues, that's an internal company

3    issue, has nothing to do -- should not affect decisions about

4    patient safety.

5        Q    And ultimately we know that the Reilly-Lehr paper was

6    published despite Dr. Heinrich-Nols's objections.  Right?

7        A    Yes.

8             ATTY. MOSKOW:  So could we go to Exhibit 1265,

9        which is a full exhibit.

10   BY ATTY. MOSKOW:

11       Q    And I want to ask you about one line in the first

12   paragraph of the first e-mail.

13            Dr. Heinrich-Nols writes, Considering our mantra

14   that there are no plasma level ranges which are principally

15   indicated stroke or bleeding risk, this paper might lead to

16   several questions.

17            Do you see that?

18       A    Yes.

19       Q    Had you seen evidence in other documents about this

20   mantra of no plasma level ranges which are principally

21   indicating stoke or bleeding risk?

22       A    Yes, I have.  It's the -- it's they use the word

23   message of no monitoring, or goal of no monitoring, but

24   yes.

25       Q    And is that consistent with what you saw?

26       A    Yes.

27       Q    Did you see any evidence in reviewing the various

```
 1   documents as to whether BI ever identified whether it might
 2   be possible for them to test early in the development of a
 3   drug?
 4       A   Yes.
 5       Q   Okay.
 6           ATTY. MOSKOW:  I'd like you to take a look at
 7       Exhibit 57, please.
 8   BY ATTY. MOSKOW:
 9       Q   And I just really want to focus on the fist e-mail at
10   the top of the page.
11           And do you see that Dr. Clemens is writing to
12   somebody named Raj Kannan?
13       A   Yes.
14       Q   And can you read this e-mail to the jury, please?
15       A   It says, Dear Raj, are you asking for a bedside
16   device?  This could be developed in house.  But two years ago
17   there was an informed decision not to develop this, as this
18   would go against the no-monitoring-idea claim.  BI microparts
19   has specialized in building bedside tests based on normal
20   available tests like hemoclot, as I know.  As you know, we
21   would need a TT hemoclot test, as this is the most precise
22   measure.  And Martina is correct with her answer.  Best
23   regards, Andres.
24       Q   I want to break this down and ask you -- first I want
25   to start with the bottom part of this e-mail, where it talks
26   about a TT hemoclot test is the most precise measure.
27           Do you know what that is?
```

```
 1      A    Yes.  It's a thrombin time.  It's a -- it's a way to
 2   again measure coagulation activity, but it can be calibrated
 3   to blood levels of dibigatran.  So it can be used as
 4   assessment tool for levels of dibigatran in blood.
 5      Q    And is there a reference to a hemoclot level in the
 6   foreign -- in the EU label and in the risk minimization
 7   guide?
 8      A    Yes.
 9      Q    And what is that?
10      A    The actual level?
11      Q    Yeah.
12      A    I don't recall.  I'd have to look.  I think it's less
13   than 200.  Yeah.
14      Q    Less that 200 ng/ml?
15      A    Yes.  Yeah.  Maybe 215.  But I believe it's less than
16   200 ng/ml.
17      Q    And is that that same level that Dr. Connolly said
18   should not be exceeded?
19      A    That's correct, yes.
20      Q    And then the date of this is June 3, 2010.  Correct?
21      A    Yes.
22      Q    So that's, what, about five months, four months before
23   the drug was approved?
24      A    Right.  It's right at that time period when the NDA's
25   under review but the drug has not been approved yet.
26      Q    So I want to focus on this thing two years ago.  There
27   was an informed decision not to develop this.
```

1          What does that mean to you as a pharmacologist
2   involved in the drug development field?
3      A   It means that they considered while they -- before
4   they actually submitted their NDA when they were collecting
5   data, they were considering the option of developing a
6   bedside device to allow them to do exposure assessments.  And
7   they decided not to do that, which would be consistent -- the
8   decision is consistent with the fact that they wanted a no
9   monitoring -- you know, a no-monitoring path for this drug.
10  And that was what the development was based around.
11             ATTY. MOSKOW:  Your Honor, I was struggling to
12        finish before lunch.  I literally have three
13        documents left.  But I'm not going to be able to do
14        it.
15             THE COURT:  Okay.  Well, we will then take our
16        lunch recess at this time, ladies and gentlemen.
17        I'll remind you again not to discuss the case or
18        any of the parties, issues, facts.  You're not to
19        do any research, et cetera.  Don't look up any
20        terms.  Just go and enjoy an hour lunch.  And we'll
21        see you back here at two o'clock.
22             THE COURT:  Court is in recess.
23             (WHEREUPON THE COURT STANDS IN RECESS AT 12:57.)
24
25
26
27

HHD CV16-6067874-S

MARY LOU GALLAM

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al

# C E R T I F I C A T I O N

I hereby certify that the foregoing is a true and accurate transcript of the recording of the above-entitled hearing before the Honorable Lisa Morgan, Judge of the Superior Court for the Hartford Judicial District, and a jury, at Hartford, on the 19th day of April, 2018.

Dated this 19th day of March, 2018, in Hartford, Connecticut.

_____

John McIlhoney, Court Monitor