# EXPERT REPORT

# BRIAN E. HARVEY, MD, PhD

adequately warn of, or quantify, the bleeding risk in specific subpopulations (e.g., age >80, mild and moderate renal impairment, weight <50 kg, concomitant medications (e.g., SSRIs) in a manner that appropriately warns/instructs physicians and patients of the safest way to use Pradaxa. To the extent that the label references "a trend toward a higher incidence of major bleeding" in patients 75 years old and older in Section 6.1, this statement is immediately contradicted in label Section 8.5 (Geriatric Use) which states "The risk of stroke and bleeding increases with age, but the risk-benefit profile is favorable in all age groups."[19]

77.  Moreover, the current label (and each Pradaxa label since product launch) does not adequately warn/instruct as to the appropriate dabigatran plasma concentration levels, and notes in Section 2.2 (Dosing Adjustments) that "Generally, the extent of anticoagulation does not need to be assessed. *When necessary*, use aPTT or ECT, and not INR, to assess for anticoagulant activity in patients on PRADAXA." (Emphasis added). This language suggests a one size fits all approach to the drug that ignores the RE-LY data that at least 20% of the population receives either a sub or supra therapeutic dose of Pradaxa (10th and 90th percentiles) putting such patients at an increased risk of stroke (sub therapeutic) or unnecessary risk of bleed (supra therapeutic). As noted below and as supported in other expert reports, this language is inadequate for safe use of Pradaxa because it does not mention a dabigatran plasma concentration therapeutic range (or concentration cut off values: a low cut off below which there is no material stroke prevention and a high cut off above which there is an unnecessary increased risk of bleeding). And finally, the

---

[19] The purported safety of the drug is also contradicted by various company documents, like on page 95 of its 11/11/09 Clinical Overview (BIPI-PRA-0067630079) which states: "There may be subjects who have multiple risk factors for increased bleeding risk that together may substantially increase risk. Concomitant anti platelet use, concomitant P-gp inhibitor use, age ≥ 75 years, moderate renal dysfunction, previous GI bleeding, high CHADS2 scores (≥ 3), are all factors that may increase bleeding risk. While there may also be increased benefit in such subjects, the risk of bleeding may potentially outweigh the risk of stroke and a dose of 110 mg bid may be considered." Importantly, the 110 mg dose is NOT available in the United States. See also, 2017 Periodic Benefit Risk Evaluation Report ("PBRER") (BIPI-PRA-0068016805) which states on p. 302: "There was a significant interaction between treatment and age for the rate of extracranial major bleeds. In subjects ≥75 years of age, the RR of major bleeding for dabigatran etexilate 150 mg b.i.d. vs. warfarin was in favour of warfarin."

25

current label (and each Pradaxa label since product launch) language is inadequate for safe use of Pradaxa because it does not instruct physicians or patients on how to identify whether the patient is in the therapeutic range for dabigatran plasma concentration, or if the concentration is "excessive". [20] It is clear that lab technology exists in the US to accurately measure Pradaxa levels. BI should have provided the necessary calibrators and controls and instructed physicians to request calibrated ECT or calibrated dTT to quantify dabigatran levels. Alternatively, physician should have been instructed to send out specimens for testing at reference laboratories like Quest or LabCorp. Finally, because aPTT reagents vary in sensitivity, recommending that physicians use aPTT to assess a Pradaxa patient's anticoagulation status is reckless without specifying which reagent should be used for the assessment.

78.     Although BI has never *publically* identified a safe and efficacious dabigatran therapeutic blood plasma concentration range, it has actually done so in in various clinical trials. See, e.g., BIPI-PRA-0064247309 at p. 39 where BI identifies plasma concentration range that has "generally been proven to be safe and effective in multiple adult populations;" and Kreutzer 7 at p. 29-30 which identifies a "target plasma range".

79.     Importantly, both the FDA's Dr. Robert Temple and the Cardiac Safety Research Consortium ("CSRC") **have** publically identified a **"sweet spot"** for dabigatran blood plasma concentration. See Temple PowerPoint presented at the CSRC's 12/3/15 meeting entitled *NOAC Dosing – Precision Dosing –YES!* which states at slide 7, "Why not adjust trough doses to get 75-150 or 75-100 in everyone?" And the CSRC consensus statement published as *NOAC monitoring, reversal agents, and post-approval safety and effectiveness evaluation: A cardiac*

---

[20] I note here once again that the current CCDS (PX-2017_003545) states at p. 10 that "***Tests of anticoagulant activity*** such as thrombin time (TT), ecarin clotting time (ECT) and activated partial thromboplastin time (aPTT) ***are available to detect excessive dabigatran activity***. Dabigatran related anticoagulation can be assessed by ECT or TT. If ECT or TT is not available, the aPTT test provides an approximation of PRADAXA®'s anticoagulant activity." Emphasis added.