# EXHIBIT 1

```
NO:  X03-HHD-CV16-60607796S        :  SUPERIOR COURT

GERALYNN BOONE, ET AL             :  JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :  AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :  FEBRUARY 28, 2018
PHARMACEUTICALS, INC., ET AL
```

                    BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
                                AND A JURY


A P P E A R A N C E S:

    Representing the Plaintiffs:

        ATTORNEY NEAL L. MOSKOW
        Ury & Moskow, LLC
        883 Black Rock Turnpike
        Fairfield, Connecticut  06825

        ATTORNEY ELLEN A. PRESBY
        The Nemeroff Law Firm
        2626 Cole Avenue, Suite 450
        Dallas, Texas  75204

        ATTORNEY C. ANDREW CHILDERS
        Childers, Schlueter & Smith, LLC
        1932 North Druid Hills Road/Suite 100
        Atlanta, Georgia  30319


    Representing the Defendants:

        ATTORNEY PAUL SCHMIDT
        ATTORNEY PHYLLIS A. JONES
        ATTORNEY MICHAEL X. IMBROSCIO
        ATTORNEY GREGORY HALPERIN
        Covington & Burling LLP
        One City Center
        850 Tenth Street, National Waste
        Washington, DC  20001

        ATTORNEY PATRICK FAHEY
        Shipman & Goodwin
        One Constitution Plaza
        Hartford, Connecticut  06103


                                Recorded By:
                                Tammy Mullett

                                Transcribed By:
                                Tammy Mullett
                                Court Recording Monitor
                                101 Lafayette Street
                                Hartford, CT  06106

1   highlighted.  Correct?

2      A   Yes.

3      Q   And I want to read a sentence at the bottom.  It

4   says, Patients aged 80 years and above should be treated

5   with a dose of 220 milligrams of Pradaxa daily, taken orally

6   as 110 milligram capsule twice a day.  Correct?

7      A   Yes, that's what it says.

8      Q   Is that information in the U.S. label?

9      A   No.

10      Q   What if any significance is there to the information

11   that's at the top of this paragraph and the bottom?

12      A   That's the opinion I've been giving that 150 is too

13   much for some patients.

14      Q   Further down on that same page there's a section that

15   reads patients at risk of bleeding.  Do you see that?

16      A   Yes.

17      Q   Are there different risks of bleeding for different

18   types of patients?

19      A   Yes.

20      Q   How does that happen?

21      A   Well, in the -- you're asking about in the study what

22   they collected or are you asking me --

23      Q   Let me ask it differently.

24      A   -- about the biology of it?

25      Q   Yeah, biologically why are some people at greater

26   risk than others?

27      A   Because all of us have underlying differences in our

1  that right?

2     A    That's correct.

3     Q    And that's what we're talking about in this case.

4     A    That's correct.

5     Q    Okay.  And then if we go to the very bottom of the

6  page, do you see that there is a paragraph that says, For

7  the following groups the recommended daily dose of Pradaxa

8  is 220 milligrams taken as one 110 milligram capsule twice a

9  day, and then there's a colon.  Is that correct?

10    A    Yes.

11    Q    So what this is telling us is what?

12    A    It's telling us that these are the people that the

13 150 capsule is too much.

14    Q    Okay.  And if you could turn to the next page,

15 please?

16         Could you call up the Table at the top, please?

17         So what is this table showing us, Dr. Plunkett?

18    A    So this isn't the next page.  What page are you on?

19    Q    It's page 64, I'm sorry.

20    A    Okay.  Yes, I'm there.

21    Q    Did I give you the wrong page?

22    A    Okay.

23    Q    It's the next page in my little cheat sheet.

24    A    Okay.  All right.  I'm there, I'm sorry.  Okay.  Yes,

25 what is it?

26    Q    What is this?

27    A    This is a Table that is summarizing these factors