# EXHIBIT 2

```
NO: CPL-HHDCV15-6067874-S            :   SUPERIOR COURT

GALLAM, MARY LOU                     :   JUDICIAL DISTRICT HARTFORD

v.                                   :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                 :   APRIL 18, 2018
PHARMACEUTICALS, INC. ET AL
```

**(AFTERNOON SESSION ONLY)**

BEFORE THE HONORABLE LISA MORGAN, JUDGE

A P P E A R A N C E S:

Representing the Plaintiff:

  ATTORNEY NEAL MOSKOW
  Uri & Moskow, LLC
  883 Black Rock Turnpike
  Fairfield, CT. 06825

  ATTORNEY RUSSELL ABNEY
  Ferrer, Poirot, Wansbrough,
  Feller, Daniel, Abney & Linville
  2100 River Edge Parkway Suite 720
  Atlanta, GA. 30328

  ATTORNEY C. ANDREW CHILDERS
  Childers, Schlueter & Smith, LLC.
  1932 N. Druid Hills #100
  Atlanta, GA. 30319

Representing the Defendant:

  ATTORNEY PHYLLIS A. JONES
  Covington & Burling, LLP.
  850 Tenth Street, NW
  Washington, DC. 20001

  ATTORNEY ORLANDO R. RICHMOND, SR.
  Butler Snow, LLP.
  1020 Highland Colony Parkway Suite 140
  Ridgeland, MS. 39158

                              Recorded By:
                              Selvyn Valencia

                              Transcribed By:
                              Selvyn Valencia
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT. 06106

```
 1      A    Yes.
 2      Q    All right.  And this has some of the same language we
 3 looked at in the 2009 CCDS.  Is that right?
 4      A    Yes, it does.
 5      Q    And so, again:  *the presence of the following factors*
 6 *may increase the risk of bleeding* and then it says *for*
 7 *example*, right?
 8      A    Yes.
 9      Q    And then just below that it says in concomitant with
10 a strong P-gp inhibitor?
11      A    Yes.
12      Q    And then it has something that we didn't see last
13 time.  It says antiplatelets?
14      A    Yes.
15      Q    What is that?
16      A    Those are another class of drugs that are used to
17 prevent clotting.
18      Q    Okay.  Are there antiplatelet agents that are common?
19      A    Yes.
20      Q     Can you give the jury an example of a common
21 antiplatelet?
22      A    Aspirin, a lot of people take a low dose of aspirin
23 and that's considered an antiplatelet agent.
24      Q    So, again, the first line:  *the presence of the*
25 *following factors may increase bleeding* in concomitant
26 treatment with strong P-gp inhibitor, antiplatelet.  And can
27 then can you read that last sentence that begins with 'for
```

1   patients'?

2       A   *For patients with one or more -- one or more than one*

3   *of these risk factors, a reduced daily dose of 220*

4   *milligrams given as 110 milligrams twice daily, may be*

5   *considered at the discretion of the physician.*

6       Q   Okay.  And what does that say about the 150 milligram

7   dose with regard to the population that we've highlighted

8   here?

9       A   That 150 is too much for those patients.

10      Q   If I could turn you to the bottom of page nine,

11  there's a section called special warnings and precautions

12  hemorrhagic risk?

13              ATTY. MOSCOW:  We're actually going to go to the

14          top of page 10 too, Brett.  If you could grab that?

15          **(PAUSE)**

16              ATTY. MOSKOW:  Excellent, Thank you.

17  **BY ATTY. MOSCOW:**

18      Q   So, first of all, the special warnings and

19  precautions, does that have significance to you as somebody

20  who works in the regulatory field?

21      A   Yes.

22      Q   Can you explain why?

23      A   So this relates to building a section of a drug

24  label, but it's called the warnings and precaution section.

25  And that information is meant to contain for the doctor the

26  most serious -- the most serious types of toxicities or

27  health concerns that they should have for their patients.

```
 1      A    Aspirin.
 2      Q    And then if you go down to the end of the next
 3   sentence, it says increased the risk of GI bleeding.  Do you
 4   see that?
 5      A    Yes.
 6      Q    And is that something that's in the U.S. label?
 7      A    No.
 8      Q    And then could you read the rest of the paragraph?
 9      A    In these atrial fibrillation patients the dosage 220
10   of dabigatran given as a 110 milligrams capsule twice daily
11   should be considered, and posology recommendations in
12   section 4.4 be followed.  The administration -- oh, that's
13   it.
14      Q    Yeah, that's fine.  So without-- we know the 110
15   isn't available in the United States, true?
16      A    That's right.
17      Q    And so what is this saying about the 150 milligram
18   dose?
19      A    That it's too much for patients with this risk
20   factor.
21      Q    Okay.  Could I turn you to the next page of this
22   document, page 64?
23           (PAUSE)
24      Q    And do you remember when we were looking at that
25   excessive dabigatran activities portion and it said that
26   there were coagulation tests that could be used?
27      A    Yes.
```