# EXHIBIT 36

```
HHD CV16-6067874-S                    :    SUPERIOR COURT FOR THE

MARY LOU GALLAM                       :    HARTFORD JD

v.                                    :    AT HARTFORD

BOEHRINGER INGELHEIM                  :    APRIL 20, 2018
PHARMACEUTICALS, INC., et al


        B E F O R E

            THE HONORABLE LISA MORGAN, JUDGE,
                      AND A JURY

        A P P E A R A N C E S

        FOR THE PLAINTIFF:
            URY & MOSKOW, LLC
            833 BLACK ROCK TURNPIKE
            FAIRFIELD, CT
                BY: NEAL MOSKOW, ESQ
            FERRER POIROT, PC
            2100 RIVEREDGE PKY #1025
            ATLANTA, GA
                BY: RUSSELL ABNEY, PHV
            CHILDERS SCHLUTER
            1932 NORTH DRUID HILLS #100
            ATLANTA, GA
                BY: ANDREW CHILDERS, PHV

        FOR THE DEFENDANT:
            COVINGTON & BURLING, LLP
            ONE CITY CENTER
            850 TENTH STREET NW
            WASHINGTON, DC
                BY: PHYLLIS JONES, PHV
                    MICHAEL IMBROSCIO, PHV
            BUTLER SNOW
            1020 HIGHLAND COLONY PKY
            RIDGELAND, MS
                BY: ORLANDO RICHMOND, PHV

            SHIPMAN & GOODWIN
            ONE CONSTITUTION PLAZA
            HARTFORD, CT
                BY: PATRICK FAHEY, ESQ


                                           JOHN McILHONEY
                                           COURT MONITOR
```

1    A    The FDA's saying that?

2    Q    Yes.

3    A    Yes, I have seen them say that.

4    Q    And having reviewed the data, this blood plasma data,

5    concentration data, exposure data, the FDA concluded that

6    routine monitoring was not required.  Correct?

7    A    I need you to be more specific.  Are you talking about

8    the data submitted as part of the approval package or are you

9    talking about the Reilly paper?

10   Q    No.  I'm not -- we're not even at the Reilly paper

11   yet.  I mean as part of the approval --

12   A    Okay.  That's fine.  I just want to -- I'm sorry.

13   Q    -- process?

14   A    I just want to make sure we were on the same page.  So

15   you're correct, they did -- they -- that is true.

16              ATTY. RICHMOND:  All right.  I'm very close to

17       a considerable change in direction at this point.

18              THE COURT:  Okay.  Ladies and gentlemen, we'll

19       take our morning recess now.  Remind you you cannot

20       talk with one another about the case.  And we'll be

21       back in session in 15 minutes.

22   (WHEREUPON THE COURT STANDS IN RECESS FROM 11:23 TO 11:43.)

23              (WHEREUPON THE JURY ENTERS THE COURTROOM.)

24              THE COURT:   Welcome back, ladies and

25       gentlemen.  Please have a seat.  The record

26       reflects that all six jurors and the two alternates

27       are present.  We're going to continue with the