# Exhibit D

```
HHD CV16-6067874-S                 :    SUPERIOR COURT FOR THE

MARY LOU GALLAM                    :    HARTFORD JD

v.                                 :    AT HARTFORD

BOEHRINGER INGELHEIM               :    APRIL 24, 2018
PHARMACEUTICALS, INC., et al
```

**(MORNING SESSION ONLY)**

B E F O R E

    THE HONORABLE LISA MORGAN, JUDGE,
          AND A JURY

A P P E A R A N C E S

FOR THE PLAINTIFF:
    URY & MOSKOW, LLC
    833 BLACK ROCK TURNPIKE
    FAIRFIELD, CT
        BY: NEAL MOSKOW, ESQ
    FERRER POIROT, PC
    2100 RIVEREDGE PKY #1025
    ATLANTA, GA
        BY: RUSSELL ABNEY, PHV
    CHILDERS SCHLUTER
    1932 NORTH DRUID HILLS #100
    ATLANTA, GA
        BY: ANDREW CHILDERS, PHV

FOR THE DEFENDANT:
    COVINGTON & BURLING, LLP
    ONE CITY CENTER
    850 TENTH STREET NW
    WASHINGTON, DC
        BY: PHYLLIS JONES, PHV

    BUTLER SNOW
    1020 HIGHLAND COLONY PKY
    RIDGELAND, MS
        BY: ORLANDO RICHMOND, PHV

    SHIPMAN & GOODWIN
    ONE CONSTITUTION PLAZA
    HARTFORD, CT
        BY: PATRICK FAHEY, ESQ

                                            JOHN McILHONEY
                                            COURT MONITOR

1   on the aPTT and PT measurements in patients on DOAC therapy,
2   this article encourages laboratory scientists to engage in
3   educational activities and clinical consultation to bring
4   this information to the forefront or our clinical colleagues.
5           Did I read that right?
6   A   Yes.
7   Q   Okay.  Was this an attempt by you and Dr. Adcock to
8   get laboratorians like yourself to get the word out to
9   clinicians that they should no longer rely on aPTT and PT to
10  measure or to assess DOAC therapy including Pradaxa?
11  A   Yes.
12  Q   Going to last page of the article, the next to the
13  last sentence in the article.  Yeah.  Clinicians.  Clinicians
14  must acknowledge.
15          In the conclusion section of this article, Mr.
16  Gosselin, says, Clinicians must acknowledge that the aPTT PT
17  can no longer be used as a general gauge of a patient's level
18  of anticoagulation and hence bleeding risk.
19          Do you see that?
20  A   Yes.
21  Q   Were you specifically talking about using PT and aPTT
22  to assess DOAC patients?
23  A   Yes.
24  Q   And would that include Pradaxa?
25  A   Yes.
26  Q   Is that consistent with what you've been telling the
27  jury yesterday and today:  that aPTT is not a reliable tool

1  to assess DOAC patients including Pradaxa patients?

2  A   Yes.

3  Q   Going to go back one last time, Mr. Gosselin, to

4  Exhibit 50.  All right.  We've seen this several times.  This

5  is the aPTT data that was not published by BI but was

6  produced in this litigation as an internal document.

7       You're aware of that.  Right?

8  A   Yes.

9  Q   Okay.  And if we use the information from the label

10 for the 10th and 90th percentile range, which was 40 to 76,

11 are those lines pretty close to 40 and 75 seconds?

12 A   Yes.

13 Q   And what range of plasma concentrations would patients

14 have in that 40 to 75 or 76 second range?

15 A   Well, it looks like they can have either 0 all the way

16 up to 600 nanograms.

17 Q   Is BI -- well, strike that.

18      Let me go back to your consensus statement just

19 for a second, the paper we just looked at.  I'm not going to

20 ask you anything about the paper itself.  I just want to know

21 before you published that paper before it was, you know,

22 printed by the printer, did you send that paper to anybody to

23 review?

24 A   Yes.

25 Q   Who all did you send it to?

26 A   We sent it to the pharmaceutical companies and the

27 reagent and instrument manufacturers to get their input prior

HD CV16-6067874-S

MARY LOU GALLAM

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., et al

**C E R T I F I C A T I O N**

    I hereby certify that the foregoing is a true and accurate transcript of the recording of the above-entitled hearing before the Honorable Lisa Morgan, Judge of the Superior Court for the Hartford Judicial District, and a jury, at Hartford, on the 24th day of April, 2018.

    Dated this 25rd day of March, 2018, in Hartford, Connecticut.

                                             _____

                                             John McIlhoney, Court Monitor