# Exhibit D

```
NO:  X03-HHD-CV16-6067796S        :  SUPERIOR COURT

GERALYNN BOONE, ET AL             :  JUDICIAL DISTRICT
                                     OF HARTFORD

v.                                :  AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :  MARCH 14, 2018
PHARMACEUTICALS, INC., ET AL
```

MORNING SESSION

BEFORE THE HONORABLE INGRID L. MOLL, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY ELLEN A. PRESBY
      ATTORNEY RICK NEMEROFF
      ATTORNEY KELLY KOEHLER
      The Nemeroff Law Firm
      Hillcrest Tower
      12720 Hillcrest Road, Suite 700
      Dallas, Texas   75230

      ATTORNEY C. ANDREW CHILDERS
      Childers, Schlueter & Smith, LLC
      1932 North Druid Hills Road/Suite 100
      Atlanta, Georgia   30319

   Representing the Defendants:

      ATTORNEY PAUL SCHMIDT
      ATTORNEY PHYLLIS A. JONES
      ATTORNEY MICHAEL X. IMBROSCIO
      ATTORNEY GREGORY HALPERIN
      ATTORNEY NICHOLAS HAILEY
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103


                              Recorded By:
                              Tammy Mullett

                              Transcribed By:
                              Tammy Mullett
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

1  think it would -- we owe it to the patients who contributed
2  their blood samples to at least analyze it and see whether
3  or not it had any impact on the safety and efficacy of
4  Pradaxa.
5     Q   And is that what you were attempting to do in this
6  publication?
7     A   That was what we were attempting to do.
8     Q   Okay.  Do you recall who wrote the first draft of
9  this paper?
10    A   I wrote the first draft.
11    Q   Let's look at Exhibits 8071 and 8072, both of which
12 have been admitted.  Let's start with 8071 and if we could
13 call out this part of 8071.
14        Do you see that this is an email in January 2011 from
15 you to various individuals both inside and outside
16 Boehringer?  Do you see that?
17    A   Yes, I see that.
18    Q   And you say, Could I please add the first draft of
19 the concentration response paper to the materials for the
20 executive committee.
21    A   Yes, I see that.
22    Q   Was this you sending to these individuals, including
23 some of your future coauthors, your first draft of the
24 exposure response paper we were just looking at?
25    A   That's exactly what it was.
26    Q   You go on to say, The discussion and the references
27 are not quite complete but it seems worthwhile to distribute

```
NO:  X03-HHD-CV16-6067796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   MARCH 14, 2018
PHARMACEUTICALS, INC., ET AL
```

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 12th day of March, 2018.

     Dated this 15th day of March, 2018, in Hartford, Connecticut.

                                        \_\_\_\_\_Tammy Mullett_____
                                        Tammy Mullett
                                        Court Recording Monitor