```
NO:  X03-HHD-CV16-6067874S          :   SUPERIOR COURT

MARY LOU GALLAM                     :   JUDICIAL DISTRICT
                                        OF HARTFORD

v.                                  :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM                :   APRIL 26, 2018
PHARMACEUTICALS, INC., ET AL
```

BEFORE THE HONORABLE LISA KELLY MORGAN, JUDGE,
AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY C. ANDREW CHILDERS
      Childers, Schlueter & Smith, LLC
      1932 North Druid Hills Road/Suite 100
      Atlanta, Georgia  30319

      ATTORNEY RUSS ABNEY
      Ferrer, Poirot & Wansbrough
      2100 Riveredge Parkway NW
      Suite 1025
      Atlanta, Georgia  30328

   Representing the Defendants:

      ATTORNEY PHYLLIS A. JONES
      ATTORNEY DAVID SNEED
      Covington & Burling LLP
      One City Center
      850 Tenth Street, NW
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103

      ATTORNEY ORLANDO R. RICHMOND, SR
      Butler Snow, LLP
      Post Office Box 6010
      Ridgeland, Mississippi  39158-6010

                              Recorded & Transcribed By:
                              Tammy Mullett
                              Court Recording Monitor
                              101 Lafayette Street
                              Hartford, CT  06106

```
 1          still hearsay, it still violates the rules on
 2          probative versus prejudicial evidence.
 3               THE COURT:  Anything further on it?
 4               ATTY. MOSKOW:  No, Your Honor, thank you.
 5               THE COURT:  So, Attorney Moskow, you began at
 6          the first part of the argument saying that you knew
 7          that I had saw the video when I was disturbed by it.
 8          I don't think that's an accurate description.  I
 9          wasn't disturbed by it.  I was probably more amused
10          by it when I saw it.  It is, as Judge Moll described,
11          more of some bad rock and roll at the beginning,
12          there's lots of confetti.  I disagree that they were
13          waiving pool noodles; I think they were clapping
14          sticks, so I think she got that reference incorrect.
15           But that's where my disagreement with Judge Moll's
16          ruling ends.  I find it to be completely irrelevant.
17          And to the extent that there's any portion that's
18          relevant, I find that the probative value is
19          outweighed by the prejudicial value.
20               I will note one point that Judge Moll didn't.
21          There's one clip from a woman who says, you know,
22          what she likes about it is she's helping patients.
23          It actually says something opposite.  I don't think
24          anything in there shows a reckless disregard for
25          patient safety.  It's a rollout of the launch video
26          before they sold any of it in the U.S.
27               Beyond it being irrelevant I also agree that
```

1     there is no foundation for this video to come in
2     through this witness. I know that Dr. Schuch
3     first --- he mentions that he attended a sales
4     conference but there's no indication that he saw this
5     launch video, it was played, it had any impact on
6     whether he was prescribing.
7         For all those reasons the launch video is
8     excluded.
9         ATTY. MOSKOW: Thank you, Your Honor. Could I
10    just ask that the -- either the one that I gave you
11    or the one that the defendants gave you be made a
12    part of the records as a Court --
13        THE COURT: This is marked Exhibit 68, launch
14    video  It's the one that Attorney Jones gave me.
15        ATTY. JONES: Does it say core on one side of
16    the --
17        THE COURT: It does -- oh, it does say core.
18        ATTY. JONES: Okay.
19        THE COURT: Yes. Can this be marked? Because
20    this is the only one I could watch.
21        ATTY. JONES: That's fine with us if it's okay
22    with --
23        ATTY. MOSKOW: That's fine, Your Honor. Could
24    that be marked for ID as whatever the next
25    plaintiff's number is?
26        THE COURT: You want it marked as ID?
27        ATTY. MOSKOW: Yes.

| | | |
|---|---|---|
| NO:  X03-HHD-CV16-6067874S | : | SUPERIOR COURT |
| MARY LOU GALLAM | : | JUDICIAL DISTRICT OF HARTFORD |
| v. | : | AT HARTFORD, CONNECTICUT |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., ET AL | : | APRIL 26, 2018 |

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Lisa Kelly Morgan, Judge, and a jury, on the 26th day of April, 2018.

     Dated this 27th day of April, 2018, in Hartford, Connecticut.

                                 ___Tammy Mullett_____
                                 Tammy Mullett
                                 Court Recording Monitor