```
NO:  X03-HHD-CV16-6067796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   MARCH 2, 2018
PHARMACEUTICALS, INC., ET AL
```

## MORNING SESSION

### BEFORE THE HONORABLE INGRID L. MOLL, JUDGE, AND A JURY

A P P E A R A N C E S:

   Representing the Plaintiffs:

      ATTORNEY NEAL L. MOSKOW
      Ury & Moskow, LLC
      883 Black Rock Turnpike
      Fairfield, Connecticut  06825

      ATTORNEY ELLEN A. PRESBY
      ATTORNEY RICK NEMEROFF
      ATTORNEY KELLY KOHLER
      The Nemeroff Law Firm
      2626 Cole Avenue, Suite 450
      Dallas, Texas  75204

      ATTORNEY C. ANDREW CHILDERS
      Childers, Schlueter & Smith, LLC
      1932 North Druid Hills Road/Suite 100
      Atlanta, Georgia  30319

   Representing the Defendants:

      ATTORNEY PAUL SCHMIDT
      ATTORNEY PHYLLIS A. JONES
      ATTORNEY MICHAEL X. IMBROSCIO
      ATTORNEY GREGORY HALPERIN
      Covington & Burling LLP
      One City Center
      850 Tenth Street, National Waste
      Washington, DC  20001

      ATTORNEY PATRICK FAHEY
      Shipman & Goodwin
      One Constitution Plaza
      Hartford, Connecticut  06103

                                    Recorded By:
                                    Tammy Mullett

                                    Transcribed By:
                                    Tammy Mullett
                                    Court Recording Monitor
                                    101 Lafayette Street
                                    Hartford, CT  06106

1         ATTY. MOSKOW:  Thank you.
2         ATTY. NEMEROFF:  Thank you.
3         ATTY. HALPERIN:  Just one other very brief
4    housekeeping issue.  We anticipate that some
5    deposition transcripts will either be played or read
6    to the jury this afternoon.  The parties have jointly
7    agreed to a brief instruction just to give them some
8    context for what they're about to see.  If I could
9    provide you a copy for Your Honor so you can review
10   it.
11        THE COURT:  Okay.  You can approach with that.
12        All right.  Before I have the jury brought in,
13   following up on the discussion at the end of the day
14   yesterday, the Court has reviewed the Pradaxa sales
15   launch video marked for identification as Exhibit 68.
16   Defendants have objected to the admission of the
17   video in toto and the related language in the
18   deposition of Dr. Andreas Barner on grounds of
19   relevance Rule 403 presumably a reference to Federal
20   Rule of Evidence 403 which the Court took to mean
21   Connecticut Code of Evidence 4-3, foundation, hearsay
22   and its cumulative nature.  Defendant's objection to
23   Exhibit 68 being played in its entirety is sustained.
24        First, Dr. Barner testified in his deposition,
25   excerpts of which have been marked as Court Exhibit
26   3, that he had never seen the video.  There is also
27   no testimony to make clear who appears in the video

```
 1          and where he, Dr. Barner, appears in the video.
 2          Thus, there is a lack of foundation to support the
 3          admissibility of the video in toto through Dr.
 4          Barner.
 5               Second, viewed in its entirety Exhibit 68 has
 6          little if any probative value.  There are no
 7          statements made in the video to suggest that any
 8          particular act or omission by the defendants that is
 9          relevant to this case was driven for financial
10          reasons.  The Court finds the vast majority of the
11          video to be irrelevant under Code Section 4-2.
12               Third, to the extent the video contains any
13          relevant information, its probative value is
14          outweighed by the danger of unfair prejudice under
15          Code Section 4-3.  That is, the video mostly
16          comprises segments of a rock and roll band and mostly
17          unidentified individuals shouting about Pradaxa to an
18          auditorium of hundreds of presumably salespeople
19          waving what appear to be pool noodles.  The video,
20          while containing a flashy presentation, contains
21          little if any information that may properly
22          considered by the jury.
23               All right.  Are there any other issues that need
24          to be taken up before the jury comes in?
25               ATTY. HALPERIN:  Not on our side, Your Honor.
26               THE COURT:  All right.
27               ATTY. MOSKOW:  No, Your Honor.
```

```
NO:  X03-HHD-CV16-6067796S        :   SUPERIOR COURT

GERALYNN BOONE, ET AL             :   JUDICIAL DISTRICT
                                      OF HARTFORD

v.                                :   AT HARTFORD, CONNECTICUT

BOEHRINGER INGELHEIM              :   MARCH 2, 2018
PHARMACEUTICALS, INC., ET AL
```

C E R T I F I C A T I O N

     I hereby certify the electronic version is a true and correct transcription of the audio recording of the above-referenced case, heard in Superior Court, Judicial District of Hartford, Connecticut, before the Honorable Ingrid L. Moll, Judge, and a jury, on the 2nd day of March, 2018.

     Dated this 4th day of March, 2018, in Hartford, Connecticut.

                                              _____Tammy Mullett_____
                                              Tammy Mullett
                                              Court Recording Monitor