**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| **VIRGINIA CHAMBERS, SURVIVING** | ) | |
| **SPOUSE OF BOBBY LEE CHAMBERS,** | ) | |
| **ON BEHALF OF ALL LEGAL HEIRS OF** | ) | |
| **BOBBY LEE CHAMBERS; AND VIRGINIA** | ) | |
| **CHAMBERS, EXECUTOR OF THE ESTATE** | ) | |
| **OF BOBBY LEE CHAMBERS,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Civil Action Number:** |
| | ) | **4:15-cv-68 (CDL)** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **BOEHRINGER INGELHEIM** | ) | |
| **PHARMACEUTICALS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties hereby give notice to the Court that they have mutually resolved this matter and that the trial currently scheduled to begin on December 3, 2018 will not be necessary and that the jury may be excused. The parties anticipate submitting a stipulation of dismissal with prejudice by January 15, 2019.

(Signatures on following page)

1

DATED:  November 26, 2018

*/s/ C. Andrew Childers*
C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
Georgia Bar No. 124398
1932 North Druid Hills Road, Suite 100
Atlanta, Ga. 30319
(404) 419-9500
(404) 419-9501 (fax)
achilders@cssfirm.com

Jason B. Branch
PHILIPS BRANCH AND HODGES
Georgia Bar No. 076218
P.O. Box 2808
Columbus, Ga. 31902
(706) 323-6461
(706) 571-0765 (fax)
jason@philips-branch.com

*Attorneys for Plaintiff Virginia Chambers*

Respectfully submitted,

*/s/ Neal J. Callahan*
Neal J. Callahan, Esq.
Georgia Bar No. 104551
David R. Helmick, Esq.
Georgia Bar No. 344210
WALDREP, MULLIN & CALLAHAN, LLC
111 12th Street, Suite 300
PO Box 351
Columbus, GA 31902-0351
(706) 320-0600
(706) 320-0622 (fax)
njc@waldrepmullin.com

Paul W. Schmidt, admitted *pro hac vice*
John DeBoy, admitted *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5156
pschmidt@cov.com
jdeboy@cov.com

Eric E. Hudson, admitted *pro hac vice*
Ben J. Scott, admitted *pro hac vice*
BUTLER SNOW LLP
6075 Poplar Ave, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
eric.hudson@butlersnow.com
ben.scott@butlersnow.com

*Attorneys for Defendant*
*Boehringer Ingelheim Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of November, 2018, a copy of the foregoing document

was filed via the Court's electronic filing system and thereby served on Plaintiffs' counsel of record:

Jason B. Branch
PHILIPS BRANCH AND HODGES
Georgia Bar No. 076218
P.O. Box 2808
Columbus, Ga. 31902
(706) 323-6461
(706) 571-0765 (fax)
jason@philips-branch.com

C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
Georgia Bar No. 124398
1932 North Druid Hills Road, Suite 100
Atlanta, Ga. 30319
(404) 419-9500
(404) 419-9501 (fax)
achilders@cssfirm.com

*/s/ Neal J. Callahan*